

# Interpage, Co.

8855 Bay Parkway # 8D, Brooklyn, NY 11214
Tel (347) 492-7018; (917) 975-4108, e-mail:

## Invoice 12.07-15/536 from 12.07.2015

**BUYER**

Sheepshead Bay Fruits & Vegetables Market
1717 Ave. Z
Brooklyn NY, 11235

| Item | Description | Number of cases | Pcs per case | Number of pieces | Unit price USD | Total value USD |
|---|---|---|---|---|---|---|
| 200053 | Cod Liver oil 240G/48 | 2 | 48 | 96 | $1.80 | 172.80 |
| 200103 | Dry White Mushroom 40g/10 | 3 | 10 | 30 | $3.29 | 98.70 |
| 200354 | Big Sprats in oil 240G/48 EO | 5 | 48 | 240 | $1.07 | 256.80 |
| 200355 | Smoked Riga Sprats in oil, plastic lid 160G/40 | 50 | 40 | 2000 | $1.10 | 2200.00 |
| 200499 | Pasta Buchstaben Alphabet 250g/24 | 5 | 24 | 120 | $0.80 | 96.00 |
| 200509 | Kilka oil w/spices 230G/48 EO | 1 | 48 | 48 | $0.90 | 43.20 |
| 200576 | Compote S-Cherry PITTED 1.7L/6 | 30 | 6 | 180 | $3.00 | 540.00 |
| 200580 | Peeled Half Peaches 580/12 | 2 | 12 | 24 | $1.25 | 30.00 |
| 200581 | Peeled Half Peaches 1L/8 | 3 | 8 | 24 | $1.80 | 43.20 |
| 200582 | Peeled Half Peaches 1.7L/6 | 2 | 6 | 12 | $3.10 | 37.20 |
| 200625 | Mackerel Oil 240/48 EO | 3 | 48 | 144 | $1.08 | 155.52 |
| 200643 | Herring in Tomato 240g/48 EO | 3 | 48 | 144 | $1.05 | 151.20 |
| 200761 | Saury Blanched Oil 230G/48EO | 1 | 48 | 48 | $1.40 | 67.20 |
| 200781 | Saury Natural in Oil 230G/48EO | 1 | 48 | 48 | $1.40 | 67.20 |
| 200788 | Saury Natural own juice 230G/48EO | 1 | 48 | 48 | $1.40 | 67.20 |
| 200850 | Cod Liver oil 190G/48 Iceland | 20 | 48 | 960 | $1.38 | 1324.80 |
| | SUBTOTAL | 132 | | | | 5351.02 |

President                                  Gregory Vernikov

