# EXHIBIT B
**Redacted for Public Filing**
**For Attorneys' Eyes Only**